**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                          No. 98-4312

ANTHONY CLIVE REID,
Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Virginia, at Roanoke.
Samuel G. Wilson, Chief District Judge.
(CR-96-108)

Submitted: December 22, 1998

Decided: January 15, 1999

Before MURNAGHAN and KING, Circuit Judges, and
HALL, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Randy V. Cargill, MAGEE, FOSTER, GOLDSTEIN & SAYERS,
P.C., Roanoke, Virginia, for Appellant. Robert P. Crouch, Jr., United
States Attorney, Sharon Burnham, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Anthony Clive Reid pled guilty to conspiracy to possess with intent to distribute and to distribute cocaine and cocaine base, see 21 U.S.C. § 846 (1994). Reid was sentenced on December 9, 1997. At the sentencing hearing, the district court informed Reid that, if he wished to appeal, the appeal must be filed within ten days. The judgment order was entered on December 11, 1997. On April 20, 1998, Reid's pro se notice of appeal (dated April 12, 1998) and motion for leave to note an appeal out of time were entered in the district court. The district court denied Reid's motion.

Rule 4(b) of the Federal Rules of Appellate Procedure requires a notice of appeal to be filed within ten days of judgment. The district court may extend the time for filing a notice of appeal for thirty days upon a showing of excusable neglect with or without a motion being filed. The district court may not otherwise extend the time for filing a notice of appeal. See United States v. Reyes , 759 F.2d 351 (4th Cir. 1985); United States v. Schuchardt, 685 F.2d 901 (4th Cir. 1982).

Reid's notice of appeal and motion for leave to file a late notice of appeal were filed in April 1998, over four months after the entry of judgment. The notice of appeal was ineffective and the district court was without authority to extend the time for filing beyond forty days after the entry of judgment. Consequently, we are without jurisdiction to hear the appeal. See United States v. Raynor , 939 F.2d 191, 197 (4th Cir. 1991).

We therefore dismiss the appeal for lack of jurisdiction. Reid's motion for leave to file a pro se supplemental brief is granted. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3